MANUEL EGOZCUE ACHA, demandante y apelante, *v.* JOSEFA OLIVAR AMIL, demandada y apelada.

Núm. 7073.—*Sometido:* Noviembre 23, 1936. *Resuelto:* Diciembre 10, 1936.

*Llorens Torres & O'Neill,* abogados del apelante; *Rafael Soltero Peralta,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El demandante en una acción de divorcio anunció que había decidido desistir de su continuación en el momento actual y solicitó de la corte que sin perjuicio de su acción se le considerara por desistido y apartado de la continuación del pleito, decretando el archivo de los autos, sin especial condenación de costas. La corte dictó sentencia teniendo al demandante por desistido, a su perjuicio, concediendo costas a la demandada y sin perjuicio del derecho de ésta a recibir cierto dinero que la corte había ordenado al demandante que pagara a la demandada. El demandante apeló y la demandada solicita la desestimación del recurso. Durante la vista el caso fué sometido por sus méritos.

El caso no había sido señalado para juicio y la demandada no había excepcionado ni contestado la demanda cuando el

demandante anunció su intención de descontinuar el recurso y solicitó que se le permitiera hacerlo sin perjuicio. Él tenía derecho a un desistimiento voluntario a tenor del artículo 192 del Código de Enjuiciamiento Civil, previo pago de costas. La corte de distrito al conceder las costas siguió la fraseología del estatuto. No creemos necesario por ahora determinar el significado y alcance de la palabra "costas". La corte de distrito cometió error al disponer que el desistimiento fuera "a su perjuicio".

*La sentencia apelada debe ser modificada eliminando de ella las palabras "a su perjuicio", y así modificada confirmada.*

El Juez Presidente Señor del Toro no intervino.